# Exhibit A

2021-04662

| | |
|---|---|
| **From:** | Jacob Brescia-Weiler |
| **To:** | FOIARequests, EOIR (EOIR) |
| **Cc:** | Diana Pak Yi |
| **Subject:** | Delcid, Brayan EOIR FOIA Request |
| **Date:** | Monday, November 2, 2020 6:43:48 PM |
| **Attachments:** | Delcid,Brayan _ EOIR FOIA Request.pdf |

Office of the General Counsel Attn: FOIA Service Center

Executive Office for Immigration Review

5107 Leesburg Pike, Suite 2150

Falls Church, VA 22041

**RE : EOIR FOIA Request**

DELCID, Brayan Ernesto, A█████████

To Whom It Way Concern:

Please be advised that our office represents the above-captioned alien. Executed Forms EOIR-28 and DOJ-361 are attached, along with signed Authorization for Release of Information. At your earliest convenience, please send our office a copy of our client's entire file, including any and all Notices to Appear, Decisions, Transcripts and/or Minutes, as well as all Audio Recordings, related to prior immigration proceedings for this individual.

Thank you for your attention to this important matter.

Regards,

**Jacob Brescia-Weiler**

*Immigration Paralegal*

**Law Offices of Jezic & Moyse, LLC**

**Office:** 1-240-292-7200 | **Fax:** 1-240-292-7225

**E-mail:** jbrescia@jezicfirm.com | **Website:** http://www.jezicfirm.com

EXHIBIT A

**U.S Department of Justice**          **Certification of Identity**          

FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]    Brayan Ernesto Delcid

Citizenship Status [2] ████████████████    Social Security Number [3] ████████████

Current Address    Worcester County Detention Center, PO Box 189, Snow Hill, MD, 21863

Date of Birth ████████████    Place of Birth ████████████████

### OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

Diana M. Pak Yi

### Print or Type Name

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature** [4] ████████████████    **Date** $10,-27-20 10$

---

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

EXHIBIT A

## AUTHORIZATION FOR RELEASE OF INFORMATION

I, Brayan Ernesto Delcid, hereby authorize a copy of my EOIR file to be sent to Diana Pak Yi, Esq., at the Law Offices of Jezic & Moyse, 2730 University Blvd. West, Ste. 604, Wheaton, Maryland 20902-1975. My case number is A ███████ and my date of birth is ███████
█████

I, Brayan Ernesto Delcid, declare under the penalty of perjury that the foregoing is true and correct.

████████████████████

Brayan Ernesto Delcid

10-22-2020

Date

EXHIBIT A

**U.S. Department of Justice**
Executive Office for Immigration Review
*Immigration Court*

OMB#1125-0006
**Notice of Entry of Appearance as Attorney or**
**Representative Before the Immigration Court**

---

| (Type or Print) **NAME AND ADDRESS OF REPRESENTED PARTY** | | | **ALIEN ("A") NUMBER** (Provide A-number of the party represented in this case.) |
|---|---|---|---|

| Brayan | Ernesto | Delcid | |
|---|---|---|---|
| (First) | (Middle Initial) | (Last) | |

| Worcester County Detention Center | | PO Box 189 |
|---|---|---|
| (Number and Street) | | (Apt. No.) |

**Entry of appearance for** (please check one of the following):

- [ ] All proceedings
- [ ] Custody and bond proceedings only
- [✓] All proceedings other than custody and bond proceedings

| Snow Hill | MD | 21863 |
|---|---|---|
| (City) | (State) | (Zip Code) |

*(handwritten: REVIEW ONLY)*

---

**Attorney or Representative (please check one of the following):**

[✓] I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest court(s) of the following states(s), possession(s), territory(ies), commonwealth(s), or the District of Columbia (use additional space on reverse side if necessary) and I am not subject to any order disbarring, suspending, enjoining, restraining or otherwise restricting me in the practice of law in any jurisdiction (if subject to such an order, do not check this box and explain on reverse).

**Full Name of Court** District of Columbia, Maryland, Virginia, New York **Bar Number (if applicable)** N/A

[ ] I am a representative accredited to appear before the Executive Office for Immigration Review as defined in 8 C.F.R. § 1292.1(a)(4) with the following recognized organization:
N/A

[ ] I am a law student or law graduate of an accredited U.S. law school as defined in 8 C.F.R. § 1292.1(a)(2).

[ ] I am a reputable individual as defined in 8 C.F.R. § 1292.1(a)(3).

[ ] I am an accredited foreign government official, as defined in 8 C.F.R. § 1291.1(a)(5), from N/A _____ (country).

[ ] I am a person who was authorized to practice on December 23, 1952, under 8 C.F.R. § 1292.1(b).

---

**Attorney or Representative (please check one of the following):**

[✓] I hereby enter my appearance as attorney or representative for, and at the request of, the party named above.

[ ] EOIR has ordered the provision of a Qualified Representative for the party named above and I appear in that capacity.

I have read and understand the statements provided on the reverse side of this form that set forth the regulations and conditions governing appearances and representations before the Immigration Court. By signing this form, I consent to publication of my name and any findings of misconduct by EOIR, should I become subject to any public discipline by EOIR pursuant to the rules and procedures at 8 C.F.R. 1003.101 *et seq.* I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| SIGNATURE OF ATTORNEY OR REPRESENTATIVE | EOIR ID NUMBER | DATE |
|---|---|---|
| X *(signature)* | JR402962 | 10/29/2020 |

---

**NAME OF ATTORNEY OR REPRESENTATIVE, ADDRESS, FAX & PHONE NUMBERS, & EMAIL ADDRESS**

| Name: Diana | Marcela | Pak Yi |
|---|---|---|
| (First) | (Middle Initial) | (Last) |

| Address: 2730 University Blvd West | | 604 |
|---|---|---|
| | (Number and Street) | |

| Wheaton | MD | 20902 |
|---|---|---|
| (City) | (State) | (Zip Code) |

Telephone: 240 292-7200    Facsimile: 240 292-7225    Email: pakd@jezicfirm.com

[ ] Check here if new address

Form EOIR - 28
Rev. Dec. 2015

EXHIBIT A

**Indicate Type of Appearance:**

[✓] Primary Attorney/Representative     [ ] Non-Primary Attorney/Representative

[ ] On behalf of N/A _____ (Attorney's Name) for the following hearing: N/A _____ (Date)

I am providing pro bono representation.  Check one: [ ] yes  [✓] no

---

## Proof of Service

I (Name) Diana Marcela Pak Yi _____ mailed or delivered a copy of this Form EOIR-28 on (Date) N/A _____

to the DHS (U.S. Immigration and Customs Enforcement – ICE) at N/A _____

**X** _____
              Signature of Person Serving

---

**APPEARANCES** - An attorney or Accredited Representative (with full accreditation) must register with the EOIR eRegistry in order to practice before the Immigration Court (see 8 C.F.R. § 1292.1(f)).  Registration must be completed online on the EOIR website at www.justice.gov/eoir.  An appearance shall be filed on a Form EOIR-28 by the attorney or representative appearing in each case before an Immigration Judge (see 8 C.F.R. § 1003.17).  A Form EOIR-28 shall be filed either as an electronic form, or as a paper form, as appropriate (for further information, please see the Immigration Court Practice Manual, which is available on the EOIR website at www.justice.gov/eoir). The attorney or representative must check the box indicating whether the entry of appearance is for custody and bond proceedings only, for all proceedings other than custody and bond, or for all proceedings including custody and bond. When an appearance is made by a person acting in a representative capacity, his/her personal appearance or signature constitutes a representation that, under the provisions of 8 C.F.R. part 1003, he/she is authorized and qualified to represent individuals and will comply with the EOIR Rules of Professional Conduct in 8 C.F.R. § 1003.102.  Thereafter, substitution or withdrawal may be permitted upon the approval of the Immigration Judge of a request by the attorney or representative of record in accordance with 8 C.F.R. § 1003.17(b).  Please note that although separate appearances in custody and non-custody proceedings are permitted, appearances for limited purposes within those proceedings are not permitted. *See Matter of Velasquez*, 19 I&N Dec. 377, 384 (BIA 1986).  A separate appearance form (Form EOIR-27) must be filed with an appeal to the Board of Immigration Appeals (see 8 C.F.R. § 1003.38(g)). Attorneys and Accredited Representatives (with full accreditation) must first update their address in eRegistry before filing a Form EOIR-28 that reflects a new address.

**FREEDOM OF INFORMATION ACT** - This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is in 28 C.F.R. §§ 16.1-16.11 and appendices. For further information about requesting records from EOIR under the Freedom of Information Act, see How to File a Freedom of Information Act (FOIA) Request With the Executive Office for Immigration Review, available on EOIR's website at http://www.justice.gov/eoir.

**PRIVACY ACT NOTICE** - The information requested on this form is authorized by 8 U.S.C. §§ 1229(a), 1362 and 8 C.F.R. § 1003.17 in order to enter an appearance to represent a party before the Immigration Court. The information you provide is mandatory and required to enter an appearance. Failure to provide the requested information will result in an inability to represent a party or receive notice of actions in a proceeding. EOIR may share this information with others in accordance with approved routine uses described in EOIR's system of records notice, EOIR-001, Records and Management Information System, 69 Fed. Reg. 26,179 (May 11, 2004), or its successors and EOIR-003, Practitioner Complaint-Disciplinary Files, 64 Fed. Reg. 49237 (September 1999). Furthermore, the submission of this form acknowledges that an attorney or representative will be subject to the disciplinary rules and procedures at 8 C.F.R. 1003.101*et seq.*, including, pursuant to 8 C.F.R. §§ 292.3(h)(3), 1003.108(c), publication of the name of the attorney or representative and findings of misconduct should the attorney or representative be subject to any public discipline by EOIR.

**CASES BEFORE EOIR** - Automated information about cases before EOIR is available by calling (800) 898-7180 or (240) 314-1500.

**FURTHER INFORMATION** - For further information, please see the *Immigration Court Practice Manual*, which is available on the EOIR website at *www.justice.gov/eoir*.

**ADDITIONAL INFORMATION:**
EOIR FOIA Filing Only

---

Under the Paperwork Reduction Act, a person is not required to respond to a collection of information unless it displays a valid OMB control number.  We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information.  The estimated average time to complete this form is six (6) minutes.  If you have comments regarding the accuracy of this estimate, or suggestions for making this form simpler, you can write to the Executive Office for Immigration Review, Office of the General Counsel, 5107 Leesburg Pike, Suite 2600, Falls Church, Virginia  22041.

# Exhibit B

| | |
|---|---|
| From Email : eoir.foiarequests@usdoj.gov | |
| To Email : pakd@jezicfirm.com | |
| Cc Email : | |
| Bcc Email : | |
| Subject : DOJ-EOIR FOIA Request # 2021-04662 | |
| Date Sent : 11/16/2020 8:18:11 AM | |

Email Body : Re:       2021-04662          Freedom of Information Act Request for Brayan Ernesto Delcid Dear Diana Pak Yi, This response acknowledges receipt of your Freedom of Information Act (FOIA) request by the Executive Office for Immigration Review (EOIR) dated 11/02/2020 and received 11/02/2020. Your request has been assigned control number 2021-04662. If you have filed a fee waiver request, EOIR will address the fee waiver in a separate letter. Most requests for records of proceedings do not require any fees; however, if the fees for processing the request are estimated to exceed $25.00, EOIR will notify you before processing the request to determine whether you will commit to paying the fee or whether you wish to narrow the scope of your request to reduce the fee. Fees may be charged for searching records at the rate of $4.75 (administrative)/$10.00 (professional) per quarter hour, and for duplication of copies at the rate of $.05 per copy. The first 100 copies and two hours of search time are not charged, and charges must exceed $25.00 before we will charge a fee.       The FOIA requires an agency to respond within 20 working days after receipt of the request, and EOIR endeavors to meet this standard. The FOIA permits a ten-day extension of this time period, pursuant to 5 U.S.C. § 552(a)(6)(B), based on unusual circumstances. Your request involves "unusual circumstances," and EOIR is extending the time period to respond by an additional 10 working days because your request requires the collection of records from field offices, or involves a search, collection, and review of voluminous records, or requires consultation with another agency or two or more agency components.       EOIR FOIA requests are placed in one of three tracks. Track one is for those requests that seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA. Track two is for simple requests that do not involve voluminous records or lengthy consultations with other entities. Track three is for complex requests that involve voluminous records and for which lengthy or numerous consultations are required, or those requests that may involve sensitive records. As a matter of default, your request has been placed in track two for simple requests. If you have requested expedited processing, EOIR will contact you in a separate letter. If you have any questions regarding unusual circumstances, you may contact the EOIR FOIA Service Center or FOIA Public Liaison at (703) 605-1297 to discuss reformulation or an alternative time frame to process your request, or for any further assistance regarding any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at (202) 741-5770; toll free at (877) 684-6448; or facsimile at (202) 741-5769. Sincerely, FOIA Intake

# Exhibit C

| | |
|---|---|
| **From:** | Jacob Brescia-Weiler |
| **To:** | FOIARequests, EOIR (EOIR) |
| **Cc:** | Diana Pak Yi |
| **Subject:** | FW: Delcid, Brayan EOIR FOIA Request |
| **Date:** | Thursday, November 5, 2020 1:10:21 PM |
| **Attachments:** | Delcid,Brayan _ EOIR FOIA Request.pdf |
| | EOIR Case Information.pdf |
| | Proof of Detention BED.pdf |

## RE : EOIR FOIA Request
DELCID, Brayan Ernesto, A ███████

To Whom It May Concern:

I am writing in reference to the below EOIR FOIA Request, submitted via email on 11/02/2020. We respectfully ask that your office expedite this request, as this individual is currently detained and has an unexecuted final order of removal. Please see attached evidence of his detention and EOIR case information, as well as the previously submitted FOIA Request. Please advise our office if this request will be accommodated at your earliest convenience, and do not hesitate to reach out with any questions or concerns.

Regards,

**Jacob Brescia-Weiler**
*Immigration Paralegal*
**Law Offices of Jezic & Moyse, LLC**
**Office:** 1-240-292-7200 | **Fax:** 1-240-292-7225
**E-mail:** jbrescia@jezicfirm.com | **Website:** http://www.jezicfirm.com

---

**From:** Jacob Brescia-Weiler
**Sent:** Monday, November 2, 2020 6:42 PM
**To:** 'EOIR.FOIARequests@usdoj.gov' <EOIR.FOIARequests@usdoj.gov>
**Cc:** Diana Pak Yi <pakd@jezicfirm.com>
**Subject:** Delcid, Brayan EOIR FOIA Request

Office of the General Counsel Attn: FOIA Service Center

Executive Office for Immigration Review

5107 Leesburg Pike, Suite 2150

Falls Church, VA 22041

### RE : EOIR FOIA Request
DELCID, Brayan Ernesto, A ███████

To Whom It Way Concern:

EXHIBIT C

Please be advised that our office represents the above-captioned alien. Executed Forms EOIR-28 and DOJ-361 are attached, along with signed Authorization for Release of Information.  At your earliest convenience, please send our office a copy of our client's entire file, including any and all Notices to Appear, Decisions, Transcripts and/or Minutes, as well as all Audio Recordings, related to prior immigration proceedings for this individual.

Thank you for your attention to this important matter.

Regards,

**Jacob Brescia-Weiler**
***Immigration Paralegal***
**Law Offices of Jezic & Moyse, LLC**
**Office:**1-240-292-7200 | **Fax:** 1-240-292-7225
**E-mail:** jbrescia@jezicfirm.com | **Website:**http://www.jezicfirm.com

EXHIBIT C

**U.S Department of Justice**                          **Certification of Identity**



FORM APPROVED OMB NO. 1103-0016
EXPIRES 05/31/2023

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]   Brayan Ernesto Delcid

Citizenship Status [2] ███████████████   Social Security Number [3] ███████████████

Current Address   Worcester County Detention Center, PO Box 189, Snow Hill, MD, 21863

Date of Birth ███████████████   Place of Birth ███████████████

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

Diana M. Pak Yi

### Print or Type Name

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] ███████████████   Date  10,-27-2020

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

EXHIBIT C

## AUTHORIZATION FOR RELEASE OF INFORMATION

I, Brayan Ernesto Delcid, hereby authorize a copy of my EOIR file to be sent to Diana Pak Yi, Esq., at the Law Offices of Jezic & Moyse, 2730 University Blvd. West, Ste. 604, Wheaton, Maryland 20902-1975. My case number is A███████ and my date of birth is ████████
████

I, Brayan Ernesto Delcid, declare under the penalty of perjury that the foregoing is true and correct.

███████████████████

Brayan Ernesto Delcid

10-22-2020
Date

EXHIBIT C

**U.S. Department of Justice**
Executive Office for Immigration Review
*Immigration Court*

OMB#1125-0006
**Notice of Entry of Appearance as Attorney or Representative Before the Immigration Court**

---

(Type or Print)
**NAME AND ADDRESS OF REPRESENTED PARTY**

| Brayan | Ernesto | Delcid |
|---|---|---|
| (First) | (Middle Initial) | (Last) |

| Worcester County Detention Center | PO Box 189 |
|---|---|
| (Number and Street) | (Apt. No.) |

| Snow Hill | MD | 21863 |
|---|---|---|
| (City) | (State) | (Zip Code) |

**ALIEN ("A") NUMBER**
(Provide A-number of the party represented in this case.)

▮▮▮▮▮▮▮

**Entry of appearance for**
(please check one of the following):

☐ All proceedings
☐ Custody and bond proceedings only
☑ All proceedings other than custody and bond proceedings

*Custody only*

**Attorney or Representative (please check one of the following):**

☑ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest court(s) of the following states(s), possession(s), territory(ies), commonwealth(s), or the District of Columbia (use additional space on reverse side if necessary) and I am not subject to any order disbarring, suspending, enjoining, restraining or otherwise restricting me in the practice of law in any jurisdiction (if subject to such an order, do not check this box and explain on reverse).

Full Name of Court  District of Columbia, Maryland, Virginia, New York  Bar Number (if applicable)  N/A

☐ I am a representative accredited to appear before the Executive Office for Immigration Review as defined in 8 C.F.R. § 1292.1(a)(4) with the following recognized organization:
N/A

☐ I am a law student or law graduate of an accredited U.S. law school as defined in 8 C.F.R. § 1292.1(a)(2).
☐ I am a reputable individual as defined in 8 C.F.R. § 1292.1(a)(3).
☐ I am an accredited foreign government official, as defined in 8 C.F.R. § 1291.1(a)(5), from  N/A  (country).
☐ I am a person who was authorized to practice on December 23, 1952, under 8 C.F.R. § 1292.1(b).

**Attorney or Representative (please check one of the following):**

☑ I hereby enter my appearance as attorney or representative for, and at the request of, the party named above.
☐ EOIR has ordered the provision of a Qualified Representative for the party named above and I appear in that capacity.

I have read and understand the statements provided on the reverse side of this form that set forth the regulations and conditions governing appearances and representations before the Immigration Court. By signing this form, I consent to publication of my name and any findings of misconduct by EOIR, should I become subject to any public discipline by EOIR pursuant to the rules and procedures at 8 C.F.R. 1003.101 *et seq.* I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| SIGNATURE OF ATTORNEY OR REPRESENTATIVE | EOIR ID NUMBER | DATE |
|---|---|---|
| X ___(signature)___ | JR402962 | 10/29/2020 |

---

**NAME OF ATTORNEY OR REPRESENTATIVE, ADDRESS, FAX & PHONE NUMBERS, & EMAIL ADDRESS**

| Name: Diana | Marcela | Pak Yi |
|---|---|---|
| (First) | (Middle Initial) | (Last) |

Address: 2730 University Blvd  West                    604
(Number and Street)

| Wheaton | MD | 20902 |
|---|---|---|
| (City) | (State) | (Zip Code) |

Telephone: 240 292-7200   Facsimile: 240 292-7225   Email: pakd@jezicfirm.com

☐ Check here if new address

Form EOIR - 28
Rev. Dec. 2015

EXHIBIT C

**Indicate Type of Appearance:**

☑ Primary Attorney/Representative            ☐ Non-Primary Attorney/Representative

☐ On behalf of N/A _____ (Attorney's Name) for the following hearing: N/A _____ (Date)

I am providing pro bono representation. Check one: ☐ yes   ☑ no

---

**Proof of Service**

I (Name) Diana Marcela Pak Yi _____ mailed or delivered a copy of this Form EOIR-28 on (Date) N/A _____

to the DHS (U.S. Immigration and Customs Enforcement – ICE) at N/A _____

**X** _____
                    Signature of Person Serving

---

**APPEARANCES** - An attorney or Accredited Representative (with full accreditation) must register with the EOIR eRegistry in order to practice before the Immigration Court (see 8 C.F.R. § 1292.1(f)). Registration must be completed online on the EOIR website at www.justice.gov/eoir. An appearance shall be filed on a Form EOIR-28 by the attorney or representative appearing in each case before an Immigration Judge (see 8 C.F.R. § 1003.17). A Form EOIR-28 shall be filed either as an electronic form, or as a paper form, as appropriate (for further information, please see the Immigration Court Practice Manual, which is available on the EOIR website at www.justice.gov/eoir). The attorney or representative must check the box indicating whether the entry of appearance is for custody and bond proceedings only, for all proceedings other than custody and bond, or for all proceedings including custody and bond. When an appearance is made by a person acting in a representative capacity, his/her personal appearance or signature constitutes a representation that, under the provisions of 8 C.F.R. § 1003.101, he/she is authorized and qualified to represent individuals and will comply with the EOIR Rules of Professional Conduct in 8 C.F.R. § 1003.102. Thereafter, substitution or withdrawal may be permitted upon the approval of the Immigration Judge of a request by the attorney or representative of record in accordance with 8 C.F.R. § 1003.17(b). Please note that although separate appearances in custody and non-custody proceedings are permitted, appearances for limited purposes within those proceedings are not permitted. *See Matter of Velasquez*, 19 I&N Dec. 377, 384 (BIA 1986). A separate appearance form (Form EOIR-27) must be filed with an appeal to the Board of Immigration Appeals (see 8 C.F.R. § 1003.38(g)). Attorneys and Accredited Representatives (with full accreditation) must first update their address in eRegistry before filing a Form EOIR-28 that reflects a new address.

**FREEDOM OF INFORMATION ACT** - This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is in 28 C.F.R. §§ 16.1-16.11 and appendices. For further information about requesting records from EOIR under the Freedom of Information Act, see How to File a Freedom of Information Act (FOIA) Request With the Executive Office for Immigration Review, available on EOIR's website at http://www.justice.gov/eoir.

**PRIVACY ACT NOTICE** - The information requested on this form is authorized by 8 U.S.C. §§ 1229(a), 1362 and 8 C.F.R. § 1003.17 in order to enter an appearance to represent a party before the Immigration Court. The information you provide is mandatory and required to enter an appearance. Failure to provide the requested information will result in an inability to represent a party or receive notice of actions in a proceeding. EOIR may share this information with others in accordance with approved routine uses described in EOIR's system of records notice, EOIR-001, Records and Management Information System, 69 Fed. Reg. 26,179 (May 11, 2004), or its successors and EOIR-003, Practitioner Complaint-Disciplinary Files, 64 Fed. Reg. 49237 (September 1999). Furthermore, the submission of this form acknowledges that an attorney or representative will be subject to the disciplinary rules and procedures at 8 C.F.R. 1003.101*et seq.*, including, pursuant to 8 C.F.R. §§ 292.3(h)(3), 1003.108(c), publication of the name of the attorney or representative and findings of misconduct should the attorney or representative be subject to any public discipline by EOIR.

**CASES BEFORE EOIR** - Automated information about cases before EOIR is available by calling (800) 898-7180 or (240) 314-1500.

**FURTHER INFORMATION** - For further information, please see the *Immigration Court Practice Manual*, which is available on the EOIR website at *www.justice.gov/eoir*.

**ADDITIONAL INFORMATION:**
EOIR FOIA Filing Only

---

Under the Paperwork Reduction Act, a person is not required to respond to a collection of information unless it displays a valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. The estimated average time to complete this form is six (6) minutes. If you have comments regarding the accuracy of this estimate, or suggestions for making this form simpler, you can write to the Executive Office for Immigration Review, Office of the General Counsel, 5107 Leesburg Pike, Suite 2600, Falls Church, Virginia 22041.

EXHIBIT C

Form EOIR - 28
Rev. Dec. 2015





EXECUTIVE OFFICE FOR
**IMMIGRATION REVIEW**

**Automated Case Information**

Name: DEL CID, BRIAN ERNESTO   A-Number:

### Next Hearing Information

*There are no future hearings for this case.*

### Decision and Motion Information

The Immigration Judge ordered **REMOVAL**.

**Decision Date**
August 24, 2006
**Court Address**
31 HOPKINS PLAZA, ROOM 440
BALTIMORE, MD 21201

### Case Appeal Information

*No appeal was received for this case.*

### Court Contact Information

*If you require further information regarding your case, or wish to file additional documents, please contact the immigration court.*

**Court Address**
31 HOPKINS PLAZA, ROOM 440
BALTIMORE, MD 21201
**Phone Number**
(410) 962-3092

← Back (/InfoSystem/Back?AlienNumber=096173898&Language=EN&Core=eWorld.GatewayHome.Web.ViewModels.CoreIVR&Data=eWorld.CommonServices.Dto.DataIV

EXHIBIT C

 VINE®

New in VINE        English        Help        QUICK EXIT →

SEARCH        ALERTS        MY INFO        SIGN IN        CREATE ACCOUNT

Search results for name "**Brayan Delcid**" located in "**Maryland**"

**Sign in** or **create an account** to see date of birth and ID number.

## BRAYAN ERNESTO DELCID
Court Record

Age **24**
Gender **Male**

**MD: Worcester County District Court - Ocean City**
Case Number ██████████
Case Status **Open**

RECORD DETAILS        GET NOTIFIED

## BRAYAN ERNESTO DELCID
Custody Record

Age **24**
Gender **Male**
Race **Unknown**

**MD: Worcester County Sheriff's Office**
ID Number ██████████
Custody Status **In Custody**
Custody Detail **Worcester County Detention Center**

RECORD DETAILS        GET NOTIFIED

BRAYAN ERNESTO DELCID        EXHIBIT C

## BRAYAN ERNESTO DELCID

Court Record

Age 24

**MD: Montgomery County District Court - Rockville**

Case Number ████████████████████

Case Status **Closed**

Due to the current status, updates on this record are no longer available. If you have any questions, please contact the facility.

RECORD DETAILS        GET NOTIFIED

## Didn't find the right person? Search again.

First Name        Last Name        _____ ▾

Looking for additional information?        SEARCH

**APPRISS**®
INSIGHTS

CONTACT SUPPORT        BLOG

This website is provided as a service to victims of crime by Appriss. Some content may be provided by the state. The information contained on the site is:

Not guaranteed by Appriss.                                                    ﹀

For personal use only.                                                    ﹀

EXHIBIT C

# Exhibit D

| |
|---|
| From Email : eoir.foiarequests@usdoj.gov |
| To Email : pakd@jezicfirm.com |
| Cc Email : |
| Bcc Email : |
| Subject : DOJ-EOIR FOIA Request # 2021-04662 |
| Date Sent : 11/19/2020 7:03:52 AM |
| Email Body : Re: 2021-04662        Freedom of Information Act Request for DELCID, Brayan Ernesto Dear Diana Pak Yi, The Executive Office for Immigration Review (EOIR) has received your request for expedited treatment of your Freedom of Information Act (FOIA) request. The FOIA regulations states that expedited treatment is granted if there is an exceptional need such as jeopardy to life or personal safety, a threatened loss of substantial due process rights, or an urgency to inform the public concerning actual or alleged Federal Government activities. See 28 C.F.R. § 16.5(e). Upon review of your request, it has been determined that you did not meet the threshold. Therefore, your request for expedited treatment has been denied. If you need any further assistance or would like to discuss any aspect of your request, please contact the FOIA Officer assigned to this request or the EOIR FOIA Public Liaison at (703) 605-1297. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at (202) 741-5770; toll free at (877) 684-6448; or facsimile at (202) 741-5769. If you are not satisfied with the EOIR's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website https://www.justice.gov/oip/submit-and-track-request-or-appeal.Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Sincerely, FOIA Intake |

# Exhibit E



**From:** Rangbar, Said Z. (EOIR) (CTR) ████████████████████
**Sent:** Monday, December 7, 2020 2:10 PM
**To:** Carthy, Sheana (EOIR) ██████████████; Kaczaniuk, Melanya (EOIR)
██████████████████ Dea, Paul (EOIR) ███████████████████ Ashford,
Ivan (EOIR) ████████████████████
**Cc:** Cook, Brenda L. (EOIR) ████████████████ Souza, Crystal (EOIR)
██████████████
██████ ████████████████

The EOIR FOIA Service Center received FOIA requests for records for FY 2021.

If you can please send the following ROPS and Tapes to FOIA:

Foia Request Alien Number

| Foia Request | Alien Number | | |
|---|---|---|---|
| 2021-04621 | ██████████████████████ | | BAL |
| 2021-04662 | ███████ | DEL CID, BRIAN ERNESTO | BAL |
| 2021-04696 | ██████████████████████ | | BAL |
| 2021-04736 | ██████████████████████ | | BAL |
| 2021-04757 | ██████████████████████ | | BAL |
| 2021-04767 | ██████████████████████ | | BAL |
| 2021-04796 | ██████████████████████ | | BAL |
| 2021-04835 | ██████████████████████ | | BAL |
| 2021-04863 | ██████████████████████ | | BAL |

| | | |
|---|---|---|
| 2021-04898 | | BAL |
| 2021-04922 | | BAL |
| 2021-05013 | | BAL |
| 2021-05028 | | BAL |
| 2021-05043 | | BAL |
| 2021-05077 | | BAL |
| 2021-05224 | | BAL |
| 2021-05225 | | BAL |
| 2021-05325 | | BAL |
| 2021-05352 | | BAL |
| 2021-05383 | | BAL |
| 2021-05394 | | BAL |
| 2021-05417 | | BAL |
| 2021-05583 | | BAL |
| 2021-05623 | | BAL |
| 2021-05665 | | BAL |
| 2021-05668 | | BAL |
| 2021-05770 | | BAL |
| 2021-05813 | | BAL |
| 2021-05882 | | BAL |
| 2021-05892 | | BAL |

| | | |
|---|---|---|
| 2021-05922 | | BAL |
| 2021-05949 | | BAL |
| 2021-05983 | | BAL |
| 2021-06007 | | BAL |
| 2021-06025 | | BAL |
| 2021-06136 | | BAL |
| 2021-06197 | | BAL |
| 2021-06320 | | BAL |
| 2021-06364 | | BAL |
| 2021-06406 | | BAL |
| 2021-06455 | | BAL |
| 2021-06525 | | BAL |
| 2021-06574 | | BAL |
| 2021-06633 | | BAL |
| 2021-06649 | | BAL |
| 2021-06750 | | BAL |
| 2021-06786 | | BAL |
| 2021-06817 | | BAL |
| 2021-06876 | | BAL |
| 2021-06898 | | BAL |
| 2021-06980 | | BAL |
| 2021-07148 | | BAL |

EXHIBIT E

| | | |
|---|---|---|
| 2021-07213 | | BAL |
| 2021-07374 | | BAL |
| 2021-07377 | | BAL |
| 2021-07407 | | BAL |
| 2021-07452 | | BAL |
| 2021-07485 | | BAL |
| 2021-07511 | | BAL |
| 2021-07548 | | BAL |
| 2021-07553 | | BAL |
| 2021-07555 | | BAL |
| 2021-07652 | | BAL |
| 2021-07656 | | BAL |
| 2021-07664 | | BAL |
| 2021-07671 | | BAL |

If the alien number does not populate a result, please try adding a zero to the beginning of the A#.

Thank you,

FOIA SERVICE CENTER

# Exhibit F

Top

 NATIONAL ARCHIVES

 Federal Records Center Coronavirus Update

**Staff at all closed locations will respond to emergency requests for records**.

The Federal Records Centers Program is gradually resuming operations on a records center by records center basis based on local conditions and specific safety criteria. Please refer to the link below for more details: **https://www.archives.gov/frc/communications-archives/2020/cm-072320.**

- FRC Operating Status
- FRC Temporary Closure Frequently Asked Questions
- More information about the National Archives' response to coronavirus can be found at archives.gov/coronavirus .

# FRC Operating Status

(last updated 1/3/22)

| | CDC Transmission Risk | Reference | Transfer Approval | Transfer (Physical Transfer) | Disposal Approval | Metro Courier | Truck Service (WNRC Only) |
|---|---|---|---|---|---|---|---|
| **Atlanta** | High<br>Up to 25% of staff | Standard<br>atlanta.reference@nara.gov | Standard | By Arrangement<br>atlanta.transfer@nara.gov | Standard | Not in Service | N/A |
| **Boston** | High<br>Up to 25% of staff | Standard<br>waltham.reference@nara.gov | Standard | By Arrangement<br>waltham.transfer@nara.gov | Standard | Not in Service | N/A |
| **Chicago** | High<br>Up to 25% of staff | Standard<br>chicago.reference@nara.gov | Standard | By Arrangement<br>chicago.transfer@nara.gov | Standard | Not in Service | N/A |
| **Dayton** | High<br>Up to 25% of staff | Emergency Only<br>dayton.reference@nara.gov | Standard | By Arrangement<br>dayton.transfer@nara.gov | Standard | N/A | N/A |
| **Denver** | High<br>Up to 25% of staff | Standard<br>denver.reference@nara.gov | Standard | By Arrangement<br>denver.transfer@nara.gov | Standard | Not in Service | N/A |
| **Fort Worth** | High<br>Up to 25% of staff | Emergency Only<br>ftworth.reference@nara.gov | Standard | By Arrangement<br>ftworth.transfer@nara.gov | Standard | Not in Service | N/A |
| **Kansas City** | High<br>Up to 25% of staff | Emergency Only<br>theresa.mellon@nara.gov | Standard | By Arrangement<br>theresa.mellon@nara.gov | Standard | N/A | N/A |
| **Kingsridge** | High<br>Up to 25% of staff | Emergency Only<br>kingsridge.reference@nara.gov | Standard | By Arrangement<br>kingsridge.transfer@nara.gov | Standard | N/A | N/A |

EXHIBIT F

| | CDC Transmission Risk | Reference | Transfer Approval | Transfer (Physical Transfer) | Disposal Approval | Metro Courier | Truck Service (WNRC Only) |
|---|---|---|---|---|---|---|---|
| **Lees Summit** | High<br><br>Up to 25% of staff | Emergency Only<br><br>LeesSummit.reference@nara.gov | Standard | By Arrangement<br><br>LeesSummit.transfer@nara.gov | Standard | N/A | N/A |
| **Lenexa** | High<br><br>Up to 25% of staff | Standard<br><br>kansascity.reference@nara.gov | Standard | By Arrangement<br><br>lenexa.transfer@nara.gov | Standard | Not in Service | N/A |
| **Philadelphia** | High<br><br>Up to 25% of staff | Emergency Only<br><br>philadelphia.reference@nara.gov | Standard | By Arrangement<br><br>philadelphia.transfer@nara.gov | Standard | Not in Service | N/A |
| **Pittsfield** | High<br><br>Up to 25% of staff | Standard<br><br>pittsfield.reference@nara.gov | Standard | By Arrangement<br><br>waltham.transfer@nara.gov | Standard | N/A | N/A |
| **CPR*** | High<br><br>Up to 25% of staff | Emergency Only<br><br>stlcpr.reference@nara.gov | Standard | By Arrangement<br><br>stlcpr.transfer@nara.gov | Standard | N/A | N/A |
| **Riverside** | High<br><br>Up to 25% of staff | Emergency Only<br><br>riverside.reference@nara.gov | Standard | By Arrangement<br><br>riverside.transfer@nara.gov | Standard | N/A | N/A |
| **San Bruno** | High<br><br>Up to 25% of staff | Standard<br><br>SanBruno.reference@nara.gov | Standard | By Arrangement<br><br>SanBruno.transfer@nara.gov | Standard | Not in Service | N/A |
| **Seattle** | High<br><br>Up to 25% of staff | Standard<br><br>seattle.reference@nara.gov | Standard | By Arrangement<br><br>seattle.transfer@nara.gov | Standard | Not in Service | N/A |
| **WNRC**** | High<br><br>Up to 25% of staff | Standard<br><br>suitland.reference@nara.gov | Standard | By Arrangement<br><br>suitland.transfer@nara.gov | Standard | Not in Service | Not in Service |

**Note: "No occupancy limits" should be interpreted as no limits on the number of staff who can enter a facility and not that an FRC is at 100% staffing levels.**

**Each FRC updates its capabilities based on current staffing levels.**

*Civilian Personnel Records (CPR)

**Washington National Records Center (WNRC)

*Standard = Turnaround times apply per the Terms and Conditions*

*Emergency = At the agency's discretion*

EXHIBIT F

# Exhibit G



**U.S. Department of Justice**

Executive Office for Immigration Review

*Office of the General Counsel*

*5107 Leesburg Pike, Suite 2150*
*Falls Church, Virginia 22041*

04/09/2021

Diana Pak Yi
Jezic & Moyse, LLC
2730 University Blvd West
Suite 604
Wheaton, MD  20902

Re:     2021-04662 Freedom of Information Act Request for DEL CID, BRIAN ERNESTO

Dear Diana Pak Yi,

This letter is in response to your Freedom of Information Act (FOIA) request in which you seek the record of proceeding regarding the above-referenced individual.

Enclosed is the entire Executive Office for Immigration Review (EOIR) record of proceeding for the above-referenced individual including the audio recording of the hearing in digital form. There will be no charge for this information.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552(c) (2006 & Supp. IV 2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist. *See* http://www.justice.gov/oip/foiapost/2012foiapost9.html.

I trust that this information fully satisfies your request. If you need any further assistance or would like to discuss any aspect of your request, please contact the analyst who processed your requestor the EOIR FOIA Public Liaison at (703) 605-1297. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at (202) 741-5770; toll free at (877) 684-6448; or facsimile at (202) 741-5769.

If you are not satisfied with the EOIR's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website https://www.justice.gov/oip/submit-and-track-request-or-appeal.Your

Letter to Diana Pak Yi                                                          Page 2
Subject: 2021-04662

appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request.  If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,


Crystal Souza
Supervisory GIS

Enclosure(s)

EXHIBIT G

# Exhibit H



**U.S. Department of Justice**
Executive Office for Immigration Review
*Office of the General Counsel*

*5107 Leesburg Pike, Suite 2150*
*Falls Church, Virginia 22041*

04/16/2021

Diana Pak Yi
Jezic & Moyse, LLC
2730 University Blvd West
Suite 604
Wheaton, MD  20902

      Re:    2021-04662 Freedom of Information Act Request for Brian Del Cid

Dear Diana Pak Yi,

This letter is in response to your Freedom of Information Act (FOIA) request in which you seek the audio recording regarding the above-referenced individual.

Enclosed is the audio recording you requested from the Executive Office for Immigration Review (EOIR) record of proceeding. There will be no charge for this information.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552(c) (2006 & Supp. IV 2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist. *See* http://www.justice.gov/oip/foiapost/2012foiapost9.html.

I trust that this information fully satisfies your request. If you need any further assistance or would like to discuss any aspect of your request, please contact the analyst who processed your request or the EOIR FOIA Public Liaison at (703) 605-1297. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at (202) 741-5770; toll free at (877) 684-6448; or facsimile at (202) 741-5769.

If you are not satisfied with the EOIR's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website https://www.justice.gov/oip/submit-and-track-request-or-appeal.Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response

Letter to Diana Pak Yi                                                                           Page 2
Subject: 2021-04662

to your request.  If you submit your appeal by mail, both the letter and the envelope should be
clearly marked "Freedom of Information Act Appeal."

Sincerely,

Crystal Souza
Supervisory GIS

Enclosure

**FedEx**

October 01, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 773466005685

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | ▮▮▮▮▮ | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday | | SILVER SPRING, MD, |
| | | **Delivery date:** | Apr 19, 2021 09:24 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 773466005685 | **Ship Date:** | Apr 16, 2021 |
| | | **Weight:** | |

**Recipient:**

SILVER SPRING, MD, US,

**Shipper:**

FALLS CHURCH, VA, US,

**Reference**                     crs

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

EXHIBIT H

Thank you for choosing FedEx

# Exhibit I

| From Email : eoir.foiarequests@usdoj.gov |
|---|
| To Email : pakd@jezicfirm.com |
| Cc Email : |
| Bcc Email : shelley.m.ohara@usdoj.gov |
| Subject : DOJ-EOIR FOIA Request # 2021-04662 |
| Date Sent : 5/4/2021 10:45:37 AM |
| Email Body : Re:       2021-04662             Freedom of Information Act Request for DEL CID, BRIAN ERNESTO Dear Diana Pak Yi, This letter constitutes our supplemental response to your Freedom of Information Act (FOIA) request in which you seek the record of proceeding including audio recordings for the above-referenced individual. Please be advised that after an extensive search, the August 24, 2006 audio recording that you have requested regarding this matter is lost and cannot be located at this time. There is no further processing to effectuate at this time and the FOIA request remains closed. You may contact the FOIA Public Liaison at the telephone number (703) 605-1297 for any further assistance and to discuss any aspect of your request.  Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at (202) 741-5770; toll free at (877) 684-6448; or facsimile at (202) 741-5769. If you are not satisfied with the Executive Office for Immigration Review's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website https://www.justice.gov/oip/submit-and-track-request-or-appeal.Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request.  If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Sincerely, Shelley M. O'Hara Attorney Advisor (FOIA) |

EXHIBIT I